IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFREDO BOTELHO, | ) | No. C 11-4311 LHK (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| CITY OF SAN LEANDRO, et al., | ) | |
| Defendants. | ) | |

On August 31, 2011, Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint. On September 29, 2011, the Court dismissed Plaintiff's complaint with leave to amend, and directed Plaintiff to file an amended complaint within thirty days. On October 6, 2011, Plaintiff filed a notice of change of address, indicating that he was no longer incarcerated. On October 20, 2011, mail sent to Plaintiff was returned to the Court as undeliverable. The following day, out of an abundance of caution, the Court re-sent the order dismissing Plaintiff's complaint with leave to amend to his new address. More than thirty days have passed, and Plaintiff has not filed his amended complaint, nor otherwise communicated with the Court. Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: _11/30/11_

LUCY H. KOH
United States District Judge

Order of Dismissal
P:\pro-se\sj.lhk\cr.11\Botelho311dis