IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFREDO BOTELHO, | ) | No. C 11-4311 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CITY OF SAN LEANDRO, et al., | ) | |
| Defendants. | ) | |

    The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 11/30/11

LUCY H. KOH
United States District Judge

P:\pro-se\sj.lhk\cr.11\Botelho311jud